IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCUS WILSON | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | Civil Action No. 4:18-CV-162 |
| | § | |
| TEICHMAN GROUP, LLC., *et al.,* | § | |
| *Defendants.* | § | |

**PLAINTIFF'S NOTICE OF DISMISSAL**
**OF CHERAMIE MARINE, LLC WITHOUT PREJUDICE[1]**

Plaintiff hereby provides notice of dismissal pursuant to FRCP 41(a)(1)(A)(i) of Cheramie Marine, LLC from the instant case without prejudice. Cheramie Marine, LLC has not yet filed an answer or a motion for summary judgment. Plaintiff files this notice of dismissal with the intention of dismissing the case without prejudice as to refiling. Pursuant to local rule 7.1(h), no certificate of conference is required.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: */s/ Anthony G.Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
Federal Bar No. 22679
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Tel: (713) 223-5393
Fax: (713) 223-5909
Email:tbuzbee@txattorneys.com

**OF COUNSEL:**

Christopher J. Leavitt
State Bar No. 24053318
Fed. ID No. 1045581
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Phone: (713) 223-5393
Facsimile: (713) 223-5909
Email: CLeavitt@txattorneys.com


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been duly served on all interested parties in accordance with the Federal Rules of Civil Procedure on the **January 22, 2018**, as set forth below:


_____ */s/ Christopher J. Leavitt*
Christopher J. Leavitt