UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 09, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Kao Lee Yang, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-18-161 |
| Cheramerie Marine, LLC, et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| Marcus Wilson, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-18-162 |
| Lightering, LLC, et al., | § § § | |
| Defendants. | § | |

## Order of Consolidation

These cases are consolidated into the senior Civil Action H-18-161. The case subsumed by consolidation ceases to have an independent identity. The unified case will pend as Civil Action H-18-161, *Kao Lee Yang, et al. v. Cheramerie Marine, LLC, et al.* Use only this style and number.

Signed on February 9, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge